**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| STANLEY WEISS, derivatively on behalf of<br>e-Scrub Systems, Inc., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 13-710 (GMS) |
| | ) | |
| e-SCRUB SYSTEMS, INC., RALPH<br>GENUARIO, MAIJA HARKONEN,<br>JOHN PACKARD and ELIZABETH<br>RICHARDSON, | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANT JOHN PACKARD'S MOTION TO DISMISS**
**PLAINTIFF'S COMPLAINT**

Defendant, John Packard ("Packard"), by and through his attorneys, pursuant to Federal

Rules of Civil Procedure 12(b)(1), 12(b)(5), 12(b)(6), and 23.1, hereby submits his Motion to

Dismiss Plaintiff Stanley Weiss's Complaint.  In further support thereof, Packard submits the

attached Opening Brief, filed contemporaneously herewith.


OF COUNSEL:

Robert H.J. Loftus (admitted *pro hac vice*)
McCandlish & Lillard, P.C.
11350 Random Hills Road, Suite 500
Fairfax, VA  22030-7429
Telephone: 703.934.1172
Facsimile:  703.352.4300
loftus@mccandlaw.com



Dated:  June 21, 2013

Respectfully submitted,

M. Duncan Grant (DE Bar No. 2994)
James H.S. Levine (DE Bar No. 5355)
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 N. Market Street
P.O. Box 1709
Wilmington, DE  19899-1709
Telephone: 302.777.6500
Facsimile:  302.421.8390
grantm@pepperlaw.com
levinejh@pepperlaw.com

Attorneys for Defendant John Packard

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2013, the foregoing Motion to Dismiss was filed with the Clerk of the Court using CM/ECF, which will send automatic notification of the filing to the following counsel of record:

Michael Busenkell, Esq.
Gellert Scali Busenkell & Brown, LLC
913 N. Market Street, 10th Floor
Wilmington, DE 19801
mbusenkell@gsbblaw.com

Attorneys for Plaintiff Stanley Weiss

*/s/ James H. S. Levine*
James H. S. Levine