IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STANLEY WEISS, derivatively on behalf of e-Scrub Systems, Inc., | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | C.A. No. 13-710 |
| e-SCRUB SYSTEMS, INC., RALPH GENUARIO, MAIJA HARKONEN, JOHN PACKARD and ELIZABETH RICHARDSON, | ) ) ) ) ) ) | |
| Defendants. | ) | |

FILED
MAR 21 2014
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## DEFENDANT ELIZABETH RICHARDSON'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR IN THE ALTERNATIVE, TO DISMISS DEFENDANT RICHARDSON FROM PLAINTIFF'S COMPLAINT

Defendant Elizabeth Richardson ("Richardson"), pro se, pursuant to Federal Rules of Civil Procedure 12(b)(1), 12(b)(2), 12(b)(5), 12(b)(6), and 23.1, hereby submits her Motion to Dismiss Plaintiff Stanley Weiss's Complaint, or in the alternative, to Dismiss Defendant Richardson from Plaintiff's Complaint. In support thereof, she submits the attached Opening Brief, filed contemporaneously herewith.

Respectfully submitted,

_/s/_____
Elizabeth C. Richardson, pro se
9200 Overlea Drive
Rockville, MD 20850-3412

_3/18/14_
Date

## Certificate of Service

I hereby certify that on March 18, 2014, I sent the foregoing correspondence by First Class US Mail to Plaintiff's Attorney, Michael Busenkell, Gellert, Scali, Busenkell & Brown, LLC, 913 N. Market Street, 10th Floor, Wilmington, DE 19801 and via email to James H.S. Levine (levinejh@pepperlaw.com) and to Robert H.J. Loftus (loftus@mccandlaw.com).

_____        _____3/18/14_____
Elizabeth C. Richardson                                Date