IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| STANLEY WEISS,<br>derivatively on behalf of e-Scrub<br>Systems, Inc.<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>e-SCRUB SYSTEMS, INC.,<br>RALPH GENUARIO,<br>MAIJA HARKONEN,<br>JOHN PACKARD,<br>and ELIZABETH RICHARDSON,<br><br>　　　　　　Defendants. | C.A. No. 13-710-GMS |

## JUDGMENT ORDER

At Wilmington, this 19th day of Sept. 2014,

Consistent with the Memorandum issued as of this date, IT IS ORDERED AND ADJUDGED that defendants Packard and Richardson's motions to dismiss (D.I. 15; D.I. 33), based on FED. R. CIV. P. 12(b)(1), are GRANTED. In light of this finding, the remaining arguments by these defendants and plaintiff's motion for default judgment (D.I. 25) are moot.

_____
UNITED STATES DISTRICT JUDGE