IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| STANLEY WEISS, derivatively on behalf of e-Scrub Systems, Inc., | ) ) ) ) | |
| Plaintiff, | ) ) | C.A. No. 13-710 (GMS) |
| v. | ) ) ) | |
| E-SCRUB SYSTEMS, INC., RALPH GENUARIO, MAIJA HARKONEN, JOHN PACKARD and ELIZABETH RICHARDSON, | ) ) ) ) ) | NOTICE OF APPEAL |
| Defendants. | ) ) ) | |

FILED OCT 14 2014 DISTRICT COURT DISTRICT OF DELAWARE

Notice is hereby given that plaintiff, Stanley Weiss, in the above named case, hereby appeals to the United States Court of Appeal for the Third Circuit from the Order Dismissing the Complaint entered in this action on the 19th day of September 2014.

Counsel for plaintiff is:

Stanley Weiss, Esq.
278 Underhill Road
South Orange, New Jersey 07079

Counsel for defendant Packard are:

M. Duncan Grant, Esq.
Pepper Hamilton LLP
Hercules Plaza, Suite 5100
1313 Market St., P. O. Box 1709
Wilmington, DE 19899-1709

Robert H. J. Loftus (admitted pro hac vice)
McCandlish & Lillard, P.C.
11350 Random Hills Road, Suite 500
Fairfax, VA  22030-7429

The address of defendant Elizabeth Richardson, pro se, is:

Elizabeth Richardson
9200 Overlea Drive
Rockville, MD  20850-3412

The remaining defendants, e-Scrub Systems, Inc., Ralph Genuario and Maija Harkonen, are in default.

_____
STANLEY WEISS, pro se

Dated: __October 10__, 2014

